| | |
|---|---|
| 1 | LISA KOBIALKA (Bar No. 191404) |
|   | lkobialka@kslaw.com |
| 2 | CRAIG STONE (TX Bar No. 77046) (*pro hac vice* to be filed) |
|   | cstone@kslaw.com |
| 3 | RYAN HOPKINS (Bar No. 261143) |
|   | rhopkins@kslaw.com |
| 4 | KING & SPALDING LLP |
|   | 333 Twin Dolphin Drive, Suite 400 |
| 5 | Redwood Shores, CA 94065 |
|   | Tel: 650-590-0700 |
| 6 | Fax: 650-590-1900 |

Attorneys for Plaintiffs
CHEVRON INTELLECTUAL PROPERTY LLC
AND CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC AND CHEVRON U.S.A. INC., | Case No.: C 10-02205 PJH |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v. | |
| E. R. VINES & SONS, INC., | |
| Defendant. | |

WHEREAS, plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc. (collectively "Chevron") filed a Complaint against E.R. Vine & Sons, Inc. ("E.R. Vine") on May 21, 2020;

WHEREAS, Chevron has granted an extension of time to E.R. Vine to file its Answer to the Complaint in order to further the parties' ongoing discussions to resolve this dispute;

WHEREAS, the Fed. R. Civ. P. 26(f) Report to be filed on August 26, 2010;

STIPULATION AND ORDER TO EXTEND TIME                    Case No: C 10-02205 PJH

1  WHEREAS, the Initial Case Management Conference is scheduled for September 2, 2010
2  at 2:00 PM;
3  WHEREAS, Chevron and E.R. Vine have been diligently working towards resolution of
4  this matter and believe that additional time will permit the parties to resolve this dispute. *See*
5  *attached* Declaration of Lisa Kobialka in Support of the Stipulation and Order to Extend Time.
6  IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the
7  Court, that the time to file the Fed. R. Civ. P. 26(f) Report is extended to September 9, 2010.
8  Accordingly, if the Court deems appropriate, the Initial Case Management Conference, currently
9  scheduled for September 2, 2010 @ 2:00 PM, can be extended at the Court's discretion. The
10 parties are close to resolving this matter and the proposed extension will provide additional time to
11 settle the matter.

| KING & SPALDING LLP | FORES MACKO |
|---|---|
| /s/ Lisa Kobialka | /s/ |
| LISA KOBIALKA (Bar No. 191404)<br>CRAIG STONE (TX Bar No. 77046)<br>RYAN HOPKINS (Bar No. 261143)<br>KING & SPALDING LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Tel: 650-590-0700<br>Fax: 650-590-1900 | MICHAEL J. MACKO (Bar No. 124621)<br>ROBERT P. FORES (Bar No. 119235)<br>1600 G. Street, Suite 103<br>Modesto, CA 95354<br>Tel: 209-527-9899<br>Fax: 209-527-2889 |
| Attorneys for Plaintiffs<br>CHEVRON INTELLECTUAL PROPERTY<br>LLC AND CHEVRON U.S.A. INC. | Attorney for Defendants<br>E.R. VINE AND SONS, INC. |

-2-

ORDER TO EXTEND TIME                                           No: C 10-02205 PJH

| | |
|---|---|
| 1 | The Fed. R. Civ. P. Rule 26(f) Report is extended to September 9, 2010.  Accordingly, the |
| 2 | Initial Case Management Conference is extended to _September 16_____, 2010. |
| 3 | **SO ORDERED** this _27_ day of August, 2010. |

_____
United States District Judge

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

- 3 -

ORDER TO EXTEND TIME                                                                 No: C 10-02205 PJH