LISA KOBIALKA (Bar No. 191404)
lkobialka@kslaw.com
CRAIG STONE (TX Bar No. 24043941) (*pro hac vice* to be filed)
cstone@kslaw.com
RYAN HOPKINS (Bar No. 261143)
rhopkins@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Tel: 650-590-0700
Fax: 650-590-1900

Attorneys for Plaintiffs
CHEVRON INTELLECTUAL PROPERTY LLC
AND CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC AND CHEVRON U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> E. R. VINE & SONS, INC., <br><br> Defendant. | Case No.:  CV-10-2205 PJH <br><br> **CONSENT ORDER** |

All parties to this proceeding having consented to and requested the entry of this Order, it is hereby ORDERED that:

1. E.R. Vine & Sons, Inc., a California corporation located and doing business at 2825 Railroad Avenue, Ceres, California 95307, and all of its respective employees, officers, directors, agents, stockholders, parent or subsidiary corporations, successors, assigns, attorneys, persons acting on its behalf, in concert with them, or under its influence or control (collectively

"Defendant") are permanently enjoined from:

a.    All display, promotion or other uses of any trademark, service mark, trade name, trade dress or other designation of source or origin in connection with the promotion, distribution, invoicing, and/or sale of Defendant's services and goods, including, but not limited to petroleum products, lubricants, products for motor vehicles, and related goods and services in or at any location, including, but not limited to, Defendant's business facilities, that are the same as or confusingly similar to any of the following trademarks, service marks, or trade names of Chevron Intellectual Property LLC and Chevron U.S.A. Inc. (collectively "Chevron"), which are collectively referred to hereafter as the "Chevron Trademarks":

   i.    **DELO** (U.S. Trademark Registration No. 1,008,301, registered April 8, 1975) for "Lubricating oils and greases;"

   ii.   **DELO** (U.S. Trademark Registration 2,818,433, registered February 24, 2004) for "Coolants for vehicle engines, chemical additives for use with internal combustion engine fuels, and chemical additives for use with industrial and automotive lubricants;"

   iii.  **DELO** (U.S. Trademark Registration 3,345,946, registered November 27, 2007) for "Transmission fluid;"

   iv.   **THE DELO PERFORMANCE ADVANTAGE** (U.S. Trademark Registration 3,717,715, registered December 1, 2009) for "Providing information in the field of car maintenance with respect to lubricating oils and greases, transmission fluids and coolants;"

   v.    **CHEVRON** (U.S. Trademark Registration 766,960, registered March 24, 1964) for "Chemical Intermediates for General Use in the Industrial Arts and in Agriculture-Namely, Alpha Olefins, the Uses of which Include, but Are Not Limited to, the Manufacture of Detergents, Surfactants, Engine Lubricants, Plasticizers, Rubber Chemicals, Polymers, Resins, Solvents, Agricultural Chemicals, Textile Chemicals, and Organic Intermediates;"

2

ATL_IMANAGE-7289890.2

vi. **CHEVRON & Design, also known as the Chevron Hallmark** (U.S. Trademark Registration 3,450,910, registered June 17, 2008) for "Petroleum and petroleum-derived products for industrial and automotive use, namely, motor fuels, motor oils and engine lubricants, lubricating oils and greases, diesel fuel; base oils used as lubricants; aviation fuel; industrial oils and lubricants; synthetic oils and lubricants; natural gas; liquefied natural gas; lubricants for marine use; hydraulic oils**;"**

vii. **TEXACO** (U.S. Trademark Registration No. 794,947, registered August 24, 1965) for "gas station services;"

viii. **TEXACO** (U.S. Trademark Registration No. 1,209,440, registered September 21, 1982) for "motor and aviation gasolines, jet fuels, diesel fuels, kerosines, fuel oils, home heating oils, lubricating oils and greases;"

ix. **Star T Design** (U.S. Trademark Registration No. 1,315,019, registered January 15, 1985) for "gas station services;"

x. **Star T Design** (U.S. Trademark Registration No. 1,222,305, registered January 4, 1983) for "gasoline;"

xi. **TEXACO and Star T Design** (U.S. Trademark Registration No. 1,315,020, registered January 15, 1985) for "gas station services;"

xii. **TEXACO and Star T Design** (U.S. Trademark Registration No. 1,222,306, registered January 4, 1983) for "gasoline;"

xiii. **TEXACO** (U.S. Registration No. 57,902, registered December 4, 1906) for "fuels oils, gas oils, illuminating oils, lubricating oils, and asphalt oils;"

xiv. **TEXACO Star T Design** (U.S. Registration No. 3,433,157, registered May 20, 2008) for "automotive lubricants and greases; industrial lubricants and greases;" and

xv. **Star T Design** (U.S. Registration No. 2,298,040, registered December 7, 1999) for "automotive lubricants and greases; industrial lubricants and greases**."**

(Copies of the respective U.S. Trademark Registrations for the above marks are

attached hereto as Exhibit A**.**). Defendant's business facilities described in this

Consent Order include the following:  Defendant's physical facilities and

surrounding grounds from which Defendant renders services and sells lubricants

and petroleum-related products; and all other documents and property of

3

Consent Order

Case No. CV-10-2205 PJH

ATL_IMANAGE-7289890.2

Defendant located or used at or in connection with Defendant's business operations, including but not limited to, all electronic and printed documentation, and all equipment and vehicles used to deliver goods and/or render services;

b.  Making any statements or representations in writing or orally, or performing any acts, in connection with the promotion, distribution, invoicing, providing of price quotes, and/or sale of Defendant's goods and/or services that are likely to lead the public or individual members of the public to believe that Defendant or its goods and/or services offered for sale at Defendant's business facilities are in any manner, directly or indirectly, associated, affiliated, or connected with or licensed, sponsored, authorized, supplied, provided, warranted, controlled as to quality, or approved by Chevron; and

c.  Selling, offering for sale, or otherwise distributing any and all Chevron manufactured Bulk Products as defined in 1(h) below.

In fulfilling its obligations under this Consent Order, Defendant is ordered and shall affirmatively undertake and complete the following actions within thirty (30) days as of the date of entry of this Order:

d.  Permanently remove from Defendant's business facilities and destroy all exterior and interior signage that bear any of the Chevron Trademarks or any marks confusingly similar thereto;

e.  Permanently remove from Defendant's business facilities and destroy all products, exterior and interior signs, banners, posters, prints, labeling, packaging, clocks, merchandise, labels, signs, wrappers, receptacles, invoices, stationery, labels, floor mats, advertising materials, promotional materials, point-of-purchase

4

Consent Order                                    Case No. CV-10-2205 PJH

ATL_IMANAGE-7289890.2

materials, bay signs, and any other tangible items which bear or make any reference to any of the Chevron Trademarks or any marks confusingly similar thereto;

f.    Cease all use of any domain names containing any of the Chevron Trademarks or any terms confusingly similar thereto.  Defendant shall permanently remove from its Internet websites and related electronic media all metatags, keywords, and AdWords for Internet search engines, postURL or forwarding commands, hyperlinks, social media websites (i.e., Facebook and Twitter) and any other electronic coding that use of any of the Chevron Trademarks or any terms confusingly similar thereto;

g.    Permanently remove and destroy all other appearances and uses of any of the Chevron Trademarks or any terms confusingly similar thereto in connection with the promotion, distribution, and/or sale of Defendant's related goods and services that are not otherwise addressed in this Order, including but not limited to, invoices, price lists, credit applications, coupons, photographs, website pages and other Internet-related uses, and uses in text;

h.    Identify and provide to Chevron a written list of all sources (including all entity names and the individuals involved in those transactions) from whom Defendant has purchased Chevron products, whether as Bulk Products or any other form.  Bulk Products ("Bulk Products") means:  1) a Chevron lubricant or lubricant related product that is sold by Chevron to authorized marketers from any of the following: storage tanks, truck compartments or poly totes, cardboard containers or similar materials, in quantities exceeding 55 gallons; 2) Chevron lubricant or lubricant related product that is dispensed

5

ATL_IMANAGE-7289890.2

by authorized marketers from storage tanks, poly totes, cardboard containers or similar storage materials, sealed or unsealed containers or truck compartments, into storage tanks, totes or containers for the purposes of storing petroleum products in quantities that are typically greater than 55 gallons; or 3) any Chevron lubricant or lubricant related product that was in an original, sealed, pre-packaged, Chevron-approved container but is or has been unsealed in any way prior to re-sale regardless of whether or not the container may have been resealed.

i.      Identify and provide a written list to Chevron of all Chevron products that Defendant has purchased and/or sold, whether as Bulk Products or any other form, including, but not limited to, DELO-branded and DELO-grade products; and

j.      Identify and provide a written list to Chevron all of Defendant's customers to whom Defendant has sold Chevron products, whether as Bulk Products or any other form.

2.      Defendant shall, within sixty (60) days as of the date of this Order, file with the Court and serve on Chevron's counsel a written report signed by Defendant, setting forth in detail the manner in which Defendant has fully complied with each aspect of this Order and injunction, at which time the above-captioned case will be dismissed upon Order of the Court.

3.      This Court will retain jurisdiction over this matter after final determination for purposes of receiving and entering Defendant's written report, for purposes of enforcement of Defendant's compliance with this Order, and for purposes of enabling Chevron to apply to the Court for such direction, order or further decree as may be appropriate for construction, enforcement or for the punishment of any violation hereof, or for such additional relief as may become necessary to fully realize the intentions of this Order.

4.      Defendant admits and acknowledges that it has sold and offered to sell Bulk

6

Consent Order                                         Case No. CV-10-2205 PJH

ATL_IMANAGE-7289890.2

1  Products in association with the DELO marks and that such sales and offers to sell branded

2  DELO products are without Chevron's authorization.  Defendant is not an authorized marketer

3  of Chevron's line of DELO, Chevron, or Texaco branded products and is not under contract with

4  Chevron, nor subject to the quality control obligations there under, to distribute, transfer, or

5  store Chevron's DELO, Chevron, or Texaco branded products as Bulk Products.  Furthermore,

6  Defendant has not received authorization from Chevron to use or display Chevron Trademarks

7  in connection with the offer to sell or sale of any Chevron products as Bulk Products.

8  

9  　　　5.　　　Defendant admits and acknowledges that its conduct and activities described

10  above could cause irreparable harm to Plaintiffs for which there is no adequate remedy at law

11  except for a preliminary and permanent injunction.

12  

13  　　　6.　　　Defendant admits and acknowledges that any violation of this Consent Order will

14  cause Chevron irreparable harm.

15  　　　7.　　　Defendant agrees that to the extent that Chevron has to enforce any term of this

16  Consent Order, Defendant will pay a penalty of three times of the total amount of revenues of any

17  and all unauthorized sales by Defendant and all reasonable attorney's fees and expenses Chevron

18  incurs as a result of such enforcement against Defendant.

19  　　　8.　　　This Consent Order is without prejudice to the right of either Party to seek any

20  other or further relief against the other Party in any forum or jurisdiction.  Without in any way

21  limiting the generality of the foregoing, (i) this Judgment does not purport to determine, and

22  shall have no prejudice or effect with respect to, any claim, action or motion now pending, or

23  which may hereafter be asserted, between the Parties or any other person or entity; and (ii) each

24  Party's consent to entry of this Judgment shall be without prejudice to, and shall not be deemed

25  to waive, any claim, action, defense, argument, position or motion now pending, or which may

27  

7

Consent Order                                                Case No. CV-10-2205 PJH

28  

ATL_IMANAGE-7289890.2

1  hereafter be asserted, between the Parties or any other person or entity.

2       9.    Each Party shall bear its own attorney's fees and costs incurred in this action.

3

4      SO ORDERED, this ___10th___ day of __September__, 2010.

5

6

7                             UNITED STATES DISTRICT JUDGE

8

9  CONSENTED TO:

10

11  CHEVRON INTELLECTUAL PROPERTY LLC

12  and CHEVRON U.S.A. INC.

13

14  Lisa Kobialka

15  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400

16  Redwood Shores, California 94065
   Telephone: (650) 590-0700

17  Facsimile: (650) 590-1900

18

19  E.R. VINE & Sons, Inc.

20

21

22  Mr. Jeffrey LeBeouf
   President

23  2825 Railroad Avenue
   Ceres, California 95307

24

25

26

27

28  Consent Order                                   Case No. CV-10-2205 PJH

8

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Exhibit A

Int. Cl.: 4

Prior U.S. Cl.: 15

United States Patent Office

Reg. No. 1,008,301
Registered Apr. 8, 1975

## TRADEMARK
### Principal Register

# DELO

Standard Oil Company of California (Delaware corpora-
tion)
225 Bush St.
San Francisco, Calif.   94104

For: LUBRICATING OILS AND GREASES, in
CLASS 4 (U.S. CL. 15).
First use Apr. 5, 1939; in commerce Apr. 5, 1939.
Owner of Reg. Nos. 379,100, 393,155, and 514,163.

Ser. No. 25,446, filed June 21, 1974.

J. C. DEMOS, Examiner

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

Reg. No. 2,818,433

## United States Patent and Trademark Office

Registered Feb. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# DELO

CHEVRONTEXACO CORPORATION (DELA-
WARE CORPORATION)
575 MARKET STREET
SAN FRANCISCO, CA 94105

FOR: COOLANTS FOR VEHICLE ENGINES, CHE-
MICAL ADDITIVES FOR USE WITH INTERNAL
COMBUSTION ENGINE FUELS, AND CHEMICAL
ADDITIVES FOR USE WITH INDUSTRIAL AND
AUTOMOTIVE LUBRICANTS, IN CLASS 1 (U.S.
CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 5-31-2002; IN COMMERCE 5-31-2002.

OWNER OF U.S. REG. NO. 1,008,301.

SN 78-155,126, FILED 8-16-2002.

JOHN DWYER, EXAMINING ATTORNEY

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

United States Patent and Trademark Office

Reg. No. 3,345,946
Registered Nov. 27, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# DELO

CHEVRON IP INC. (DELAWARE CORPORA-
TION)
6001 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

FOR: TRANSMISSION FLUID, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 7-10-2006; IN COMMERCE 7-10-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,008,301 AND
2,818,433.

SN 78-856,587, FILED 4-7-2006.

TANYA AMOS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# THE DELO PERFORMANCE ADVANTAGE

**Reg. No. 3,717,715**
Registered Dec. 1, 2009

**Int. Cl.: 37**

**SERVICE MARK**
**PRINCIPAL REGISTER**

CHEVRON INTELLECTUAL PROPERTY LLC (DELAWARE LIMITED LIABILITY
    COMPANY)
6001 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

FOR: PROVIDING INFORMATION IN THE FIELD OF CAR MAINTENANCE WITH RESPECT
TO LUBRICATING OILS AND GREASES, TRANSMISSION FLUIDS AND COOLANTS , IN
CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,008,301, 2,818,433, AND 3,345,946.

SER. NO. 77-628,815, FILED 12-8-2008.

KATHERINE CHANG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States Patent Office

**766,960**
Registered Mar. 24, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 165,715, filed Mar. 29, 1963

# CHEVRON

Standard Oil Company of California (Delaware corporation)
225 Bush St.
San Francisco 20, Calif.

For: CHEMICAL INTERMEDIATES FOR GENERAL USE IN THE INDUSTRIAL ARTS AND IN AGRICULTURE—NAMELY, ALPHA OLEFINS, THE USES OF WHICH INCLUDE, BUT ARE NOT LIMITED TO, THE MANUFACTURE OF DETERGENTS, SURFACTANTS, ENGINE LUBRICANTS, PLASTICIZERS, RUBBER CHEMICALS, POLYMERS, RESINS, SOLVENTS, AGRICULTURAL CHEMICALS, TEXTILE CHEMICALS, AND ORGANIC INTERMEDIATES—in CLASS 6.

First use Feb. 13, 1963; in commerce Feb. 13, 1963.
Owner of Reg. No. 701,175.

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

Reg. No. 3,450,910

## United States Patent and Trademark Office

Registered June 17, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CHEVRON CORPORATION (DELAWARE COR-
PORATION)
6001 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

FOR: PETROLEUM AND PETROLEUM-DE-
RIVED PRODUCTS FOR INDUSTRIAL AND AUTO-
MOTIVE USE, NAMELY, MOTOR FUELS, MOTOR
OILS AND ENGINE LUBRICANTS, LUBRICATING
OILS AND GREASES, DIESEL FUEL; BASE OILS
USED AS LUBRICANTS; AVIATION FUEL; INDUS-
TRIAL OILS AND LUBRICANTS; SYNTHETIC OILS
AND LUBRICANTS; NATURAL GAS; LIQUEFIED
NATURAL GAS; LUBRICANTS FOR MARINE USE;
HYDRAULIC OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND
15).

FIRST USE 10-1-2007; IN COMMERCE 10-1-2007.

OWNER OF U.S. REG. NOS. 582,314, 2,623,698,
AND OTHERS.

SN 78-661,118, FILED 6-29-2005.

ELISSA GARBER KON, EXAMINING ATTORNEY

# United States Patent Office

794,947
Registered Aug. 24, 1965

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 197,441, filed July 8, 1964

# TEXACO

Texaco Inc. (Delaware corporation)
135 E. 42nd St.
New York, N.Y.

For: GAS STATION SERVICES, in CLASS 103.
First use 1911; in commerce 1911.
Owner of Reg. Nos. 300,073, 775,231, and others.

Int. Cl.: 4

Prior U.S. Cl.: 15

**Reg. No. 1,209,440**

# United States Patent and Trademark Office

Registered Sep. 21, 1982

## TRADEMARK
### Principal Register

# TEXACO

Texaco Inc. (Delaware corporation)
2000 Westchester Ave.
White Plains, N.Y. 10650

For: MOTOR AND AVIATION GASOLINES, JET FUELS, DIESEL FUELS, KEROSINES, FUEL OILS, HOME HEATING OILS, LUBRICATING OILS AND GREASES, in CLASS 4 (U.S. Cl. 15).

First use 1908; in commerce 1908.

Owner of U.S. Reg. Nos. 57,902, 812,793 and others.

Ser. No. 333,228, filed Oct. 19, 1981.

ROBERT M. ANDERSON, Primary Examiner

Int. Cl.: 37

Prior U.S. Cl.: 103

## United States Patent and Trademark Office

Reg. No. 1,315,019
Registered Jan. 15, 1985

### SERVICE MARK
**Principal Register**



Texaco Inc. (Delaware corporation)
2000 Westchester Ave.
White Plains, N.Y. 10650

For: GAS STATION SERVICES, in CLASS 37
(U.S. Cl. 103).
First use Oct. 1, 1981; in commerce Oct. 1, 1981.
Owner of U.S. Reg. Nos. 1,222,303 and 1,222,305.

Ser. No. 473,796, filed Apr. 4, 1984.

SALLY BETH BERGER, Examining Attorney

Int. Cl.: 4

Prior U.S. Cl.: 15

## United States Patent and Trademark Office

Reg. No. 1,222,305
Registered Jan. 4, 1983

## TRADEMARK
### Principal Register



Texaco Inc. (Delaware corporation)
2000 Westchester Ave.
White Plains, N.Y. 10650

For: GASOLINE, in CLASS 4 (U.S. Cl. 15).
First use Oct. 1, 1981; in commerce Oct. 1, 1981.
Owner of U.S. Reg. Nos. 76,131, 1,168,864 and others.

Ser. No. 342,674, filed Dec. 21, 1981.

PAUL F. GAST, Examining Attorney

**Int. Cl.: 37**

**Prior U.S. Cl.: 103**

**United States Patent and Trademark Office**

**Reg. No. 1,315,020**
Registered Jan. 15, 1985

### SERVICE MARK
**Principal Register**



Texaco Inc. (Delaware corporation)
2000 Westchester Ave.
White Plains, N.Y. 10650

   For: GAS STATION SERVICES, in CLASS 37
(U.S. Cl. 103).
   First use Oct. 1, 1981; in commerce Oct. 1, 1981.
   Owner of U.S. Reg. Nos. 1,222,304 and 1,222,306.

Ser. No. 473,797, filed Apr. 4, 1984.

SALLY BETH BERGER, Examining Attorney

Int. Cl.: 4

Prior U.S. Cl.: 15

## United States Patent and Trademark Office

Reg. No. 1,222,306
Registered Jan. 4, 1983

## TRADEMARK
### Principal Register



Texaco Inc. (Delaware corporation)
2000 Westchester Ave.
White Plains, N.Y. 10650

For: GASOLINE, in CLASS 4 (U.S. Cl. 15).
First use Oct. 1, 1981; in commerce Oct. 1, 1981.
Owner of U.S. Reg. Nos. 76,131, 1,168,864 and others.

Ser. No. 342,675, filed Dec. 21, 1981.

PAUL F. GAST, Examining Attorney

# UNITED STATES PATENT OFFICE.

## THE TEXAS COMPANY, OF BEAUMONT, TEXAS.

### TRADE-MARK FOR PETROLEUM, ILLUMINATING-OILS, LUBRICATING-OILS, AND ASPHALT-OILS.

**No. 57,902.**          Statement and Declaration.          **Registered Dec. 4, 1906.**

Application filed May 27, 1905.  Serial No. 6,820.

### STATEMENT.

*To all whom it may concern:*

Be it known that THE TEXAS COMPANY, a corporation organized under the laws of the State of Texas, and located and doing business in the city of Beaumont, county of Jefferson, in said State, has adopted for its use the trade-mark shown in the accompanying drawing for petroleum products, comprising crude petroleum, fuel-oils, solar oils, gas-oils, illuminating - oils, lubricating - oils, and asphalt-oils, comprised under Class 15, Oils and greases not included in Classes 6, 16, and 50.

The trade-mark has been continuously used in the business of the corporation on said goods since about the 1st day of January, 1903.

The trade-mark is affixed and applied to the goods on which it is used by branding, stenciling, or printing the trade-mark on the packages containing the goods or by placing thereon a printed label on which the trade-mark is shown.

THE TEXAS COMPANY,
By FRED W. FREEMAN,
*Secretary.*

### DECLARATION.

County of Jefferson, State of Texas, ss:

JAMES L. AUTRY, being duly sworn, deposes and says that he is the secretary of the corporation the applicant named in the statement filed in the above application, that he verily-believes said statement is true, that he believe the said corporation is the owner of the trade-mark sought to be registered and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use the trade-mark either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that the said trade-mark is used by the said corporation in commerce among the several States of the United States and also between the United States and foreign nations and Indian tribes, and particularly with Great Britain and Belgium; and that the description, drawing and specimens presented truly represent the trade-mark sought to be registered.

JAS. L. AUTRY.

Sworn to and subscribed before me, a notary public, this 15th day of September, 1905.

[L. S.]                    W. L. HOLMES.



Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

Reg. No. 3,433,157

**United States Patent and Trademark Office**   Registered May 20, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CHEVRON INTELLECTUAL PROPERTY INC. (DELAWARE CORPORATION)
6001 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

FOR: AUTOMOTIVE LUBRICANTS AND GREASES; INDUSTRIAL LUBRICANTS AND GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 10-1-2006; IN COMMERCE 10-1-2006.

OWNER OF U.S. REG. NOS. 2,169,700 AND 2,176,912.

SN 78-867,121, FILED 4-21-2006.

TANYA AMOS, EXAMINING ATTORNEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

## United States Patent and Trademark Office

Reg. No. 2,298,040

Registered Dec. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER



TEXACO INC. (DELAWARE CORPORATION)
2000 WESTCHESTER AVENUE
WHITE PLAINS, NY 10650

FOR: AUTOMOTIVE LUBRICANTS AND GREASES; INDUSTRIAL LUBRICANTS AND GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 10–0–1981; IN COMMERCE 10–0–1981.

OWNER OF U.S. REG. NOS. 1,222,305, 1,315,019 AND OTHERS.

SER. NO. 75–564,850, FILED 10–5–1998.

CURTIS FRENCH, EXAMINING ATTORNEY