LISA KOBIALKA (Bar No. 191404)
lkobialka@kslaw.com
RYAN HOPKINS (Bar No. 261143)
rhopkins@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Tel:  650-590-0700
Fax:  650-590-1900

CRAIG STONE (TX Bar No. 77046) (*pro hac vice* to be filed)
cstone@kslaw.com
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, TX 77002-5213
Tel: 713-751-3200
Fax: 713-751-3290

Attorneys for Plaintiffs
CHEVRON INTELLECTUAL PROPERTY LLC
AND CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC AND CHEVRON U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> E. R. VINES & SONS, INC., <br><br> Defendant. | Case No.: C 10-02205 PJH <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc. (collectively "Chevron") filed a Complaint against E.R. Vine & Sons, Inc. ("E.R. Vine") on May 21, 2020;

WHEREAS, Chevron and E.R. Vine reached an agreement to resolve this dispute and submitted that resolution in a Consent Order dated September 10, 2010;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that:

    1.    All claims in the above-captioned matter between Chevron and E.R. Vine are dismissed with prejudice.

    2.    Each party shall bear its own attorneys' fees and costs incurred to date in this action.

    3.    This Court will retain jurisdiction to enforce the stipulated Consent Order entered on September 10, 2010.

Dated:   November 12, 2010

KING & SPALDING LLP

By:    /s/ Lisa Kobialka

Lisa Kobialka (Bar No. 191404)
Ryan Hopkins (Bar No. 261143)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065
Tel:  650-590-0700
Fax:  650-590-1900

Craig Stone (TX Bar No. 77046) (*pro hac vice* to be filed)
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, TX 77002-5213
Tel: 713-751-3200
Fax: 713-751-3290

Attorneys for Plaintiffs
CHEVRON INTELLECTUAL PROPERTY LLC AND CHEVRON U.S.A. INC.

Dated:   November 12, 2010

FORES MACKO, APLC

By:    /s/ Michael J. Macko

MICHAEL J. MACKO (Bar No. 124621)
ROBERT P. FORES (Bar No. 119235)
1600 G. Street, Suite 103
Modesto, CA  95354
Tel: 209-527-9899
Fax:  209-527-2889

Attorneys for Defendants
E.R. VINE AND SONS, INC.

1

**PURSANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _11/15/10_____

United S_____dge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

2

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Macko.

Dated:   November 12, 2010                              KING & SPALDING LLP

                                                  By:
                                                      /s/ Lisa Kobialka
                                                      Lisa Kobialka (Bar No. 191404)
                                                      Ryan Hopkins (Bar No. 261143)
                                                      KING & SPALDING LLP
                                                      333 Twin Dolphin Drive, Suite 400
                                                      Redwood Shores, CA  94065
                                                      Tel:  650-590-0700
                                                      Fax:  650-590-1900

                                                      Craig Stone (TX Bar No. 77046) (*pro hac vice* to be filed)
                                                      KING & SPALDING LLP
                                                      1100 Louisiana, Suite 4000
                                                      Houston, TX 77002-5213
                                                      Tel: 713-751-3200
                                                      Fax: 713-751-3290

                                                      Attorneys for Plaintiffs
                                                      CHEVRON INTELLECTUAL PROPERTY LLC AND CHEVRON U.S.A. INC.

3